**RESTITUTION**
Closed Due To Statute of Limitations

Defendant: Henry Nguyen
Amount Paid $ 375.00
Balance $ 47,292.00     Date: 12/13/11

Version 7.1     Page 1 of 1

**U.S. Courts**
**Case Inquiry Report**
AN389CR000237;  Party Num: N/A;  Payee Code: N/A
ails: N;  Show Payee Details: N;  Show Transactions: N

Case Number   DCAN389CR000237     Case Title   USA V. NGUYEN, ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CONV001583 | HENRY NGUYEN | CONV00000840 | VICTIM RESTITUTION | | 75.00 | 75.00 | 0.00 |
| 001 | CONV001583 | HENRY NGUYEN | CONV00000840 | FEDERAL RESTITUTION | | 300.00 | 300.00 | 0.00 |
| | | | | | | 375.00 | 375.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV000201 | SOCIAL SECURITY | 300.00 | 300.00 | 0.00 |
| PTY8483 | KOR BOOKKERT | 75.00 | 75.00 | 0.00 |
| | | 375.00 | 375.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|